508

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* WALTER JORDAN, Petitioner-Appellant.

(No. 57145; )

First District (5th Division)—December 29, 1972.

PER CURIAM.

Raymond J. Smith, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.

HELEN URBANIAK, Plaintiff-Appellee, *v.* JOHN BERG MANUFACTURING COMPANY *et al.*, Defendants—(JOHN BERG MANUFACTURING COMPANY, Appellant.)

(No. 57588; )

First District (5th Division)—December 29, 1972.